## W. A. REEVES v. J. C. LINDSEY.

(No. 5440.)

DEED — WARRANTY.— Grantor held when land is deeded by metes and bounds although it conveys more land than intended.

APPEAL from Jack county. Opinion by DELANEY, J.

STATEMENT.— Appellant owned a considerable body of land in the Buckner survey, in Jack county, which entire tract he sold to appellee for $3,000, giving a deed with general warranty. The deed describes the land by metes and bounds, but does not give the number of acres sold. The agent who drew the deed included within the boundaries three hundred acres which did not belong to appellant, and which was recovered from appellee. Appellant, being called upon to defend the title, admitted he had never owned the land, and alleged that he had not intended to convey it, but had done so through mistake.

OPINION.— Held, that this defense cannot avail. What appellant calls a mistake was nothing more or less than his own culpable negligence, and that of his agent. He admits that he had the deed in his own house two weeks before he signed it and that he did not read it before signing. No blame can be attached to appellee, who acted upon the representations of appellant's agent.

AFFIRMED.